# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 411 EAL 2016 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| I. DEAN FULTON, | : | |
| | : | |
| Petitioner | : | |

## **ORDER**

**PER CURIAM**

**AND NOW**, this 23rd day of January, 2017, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED TO** the issues set forth below. Allocatur is **DENIED** as to the remaining issue. The issues, as stated by Petitioner, are:

    a.    The Superior Court's opinion is contrary to *Riley/Wurie* which held that the warrantless search of a flip top cell phone is prohibited without any expectation for minimal intrusion.

    b.    The Superior Court's opinion is contrary to this Court's opinion in *Story* and *La Rosa* which held that a constitutional error cannot be harmless unless there is independent evidence that is untainted, uncontradicted and overwhelming.

Justice Mundy did not participate in the consideration or decision of this matter.